UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT GILTNANE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:09-CV-14 |
| ) | |
| TENNESSEE VALLEY AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that this case is sufficiently related to the previously filed case of <u>Mays v. Tennessee Valley Authority</u>, 3:09-CV-06 (Varlan/Guyton), that this case also should be assigned to District Judge Thomas A. Varlan and Magistrate Judge H. Bruce Guyton. However, consolidation is not ordered.

**IT IS SO ORDERED.**

ENTER:

　　　s/ H. Bruce Guyton　　　
United States Magistrate Judge